JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FAUST-COUNSELLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.: ED CV 16-1849-DMG(SPx)<br><br>**ORDER RE STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [23]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 16, 2017

                                        */s/ Dolly M. Gee*
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE